# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>JAVIER EDUARDO ESPINOZA,<br><br>               Defendant. | Case No. 20-CR-2126 LAB<br><br>**JUDGMENT AND ORDER DISMISSING INFORMATION WITHOUT PREJUDICE**<br><br>The Honorable Larry Alan Burns |

Based on the motion of the United States to dismiss this case without prejudice, and in light of the interests of justice, it is hereby ordered that the information in the above-entitled action be dismissed without prejudice.

**SO ORDERED.**

Dated:  September 29, 2020

_____
The Honorable Larry Alan Burns
CHIEF UNITED STATES DISTRICT JUDGE